# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**RECEIVED BY MAIL**

**APR 18 2024**

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s)
and prisoner number(s) in this action.)

Paul Vincent Price

vs.

george j Roureke

P.O.

Case No. 24-cv-1409 NEB/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ✓    NO____

Defendant(s).

(Enter the full name(s) of ALL defendants in
this action. Please attach additional sheets
if necessary).

**SCANNED**

**APR 18 2024**

**U.S. DISTRICT COURT MPLS**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved

Negative

in this action or otherwise relating to your imprisonment in the last three years?

☐ Yes

☑ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

    1. Parties to the previous lawsuit:

        Plaintiffs:

        Defendants:

    2. Court (If federal court, name the district. If state court, name the state and county.):
henneipth county

    3. Case Number:

    4. Name of judge assigned to the case: george j. ~~Burtkne~~

    5. Cause of action (Cite the statute under which you filed and write a brief statement of the case): 83" act - 403 u.s. 388 (simple Robbery.)

    6. Disposition or final determination of the case (for example, dismissed or appealed).

    7. Approximate date of filing the lawsuit:

    8. Approximate date of disposition or final determination of the lawsuit:

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

2

If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).
Check here if additional sheets of paper are attached.  ☐

## II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

☐  Yes

☑/ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

☑/ Yes

☐  No

C. If you answered "yes" to question II.B.:
1. What steps did you take:
   I went to court and judge would not Rule.

2. What was the result?
   Stayed a felon For many year after Release, 20 year

   ***Attach a copy of the decision or disposition received from the prisoner grievance procedure.****

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.

## III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.  Name of Plaintiff: Paul vincent price

Prisoner Number

Address

3

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach
additional sheets of paper, if necessary.

B.    Name:    george j Buppke

Official Position:    judge / P.O.

Employer's Address:


Additional Defendants:


**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE
PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.


## IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each
individual defendant is personally involved, including dates, places and specific wrongful acts or
omissions by each defendant. Each factual allegation should be provided in separately lettered
paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or
statutes.

A. was left on felony probation after release in 2004" 83"
not civil right violation, was arrested at hospital while in open
treatment center 1800 chicago, result was immediet Dissmissle and relea!
of probation, But was left on illeagle probation felony for 18 plus years
Resulting in ptSD, pain and suffring, no job oppertunity, Debt from multiphl
school loach, Depression, Drugs, Restricked living and a follow up mettal
Health and misDicnosis ext... Aewill have Been Deemed incompetient
as well from the ruling that was of 2004" no money and no home
was completly Depelent on others, including parents and friends, i we
unaware as to why, more mental Damage after this was Discovered
sever Depression, lapse in memory worked in low wage jobs as a result
on the ruling. suffred Defamption of Charater and lack of self Respect,
was But is no longer susidal anymore ext...

lack of knowledge, social skills, life of poverty, low end jobs, anger vengeful, addicted to Drugs, self Deceived, prideful, feeling captive, arrogant Hypercritical, mean hearted, felt threaten at all times, abusive, blameful, selfish uncontrolled, overwhelmed always, I became lazy from lack of empthy, from others Not caring, I became a liability to be around, friendless, shallow uncaring and unmotivated, had set low standards because i was nothing and about nothing, sold my body for sex, I was threatned, allowed people to walk on me til i got mad then that cost me my freedom, I went to college and tried and tried but just ended in Debt and sorrow, self pity and Blame, I stay away from having a family as the smart thing to Do as I could not provide a decent living for myself, self Destructed and moved in with a Drug Dealer and stated for work and dcngs, was pubbed bullied til I lashed out at others including family

Attach additional sheets of paper as necessary.

Check here if additional sheets of paper are attached: ☐

Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.

## V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Do not make any legal arguments or cite any cases or statutes. Civil Rights Violation 5th and 13th Amendment. illeage incarsadration — Financial Relief in The form of ten million Dollars, consiaring other Damages Currently.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this  4  day of  12  , 20 24

Signature(s) of Plaintiff(s)  _Paul V. Piral_

_____

_____

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5